UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 25, 2011**

Mr. Daniel McCarthy
W343 S6375 S. Bayview Rd.
Oconomowoc, WI 53066

    Re:    *Terra Renewal, LLC v. Daniel McCarthy, Individually and in His Capacity as President of Lakeside Capital Development, LLC and d/b/a Midwest Equipment Leasing, et al.*, Case No. 4:11-CV-00653-BRW

Dear Mr. McCarthy:

I have received Plaintiff's Motion for Default Judgment.[1]  I assume that since you have filed no answer or other responsive pleading in this case, you agree with Plaintiff's Motion.[2]

If you intend to respond to Plaintiff's Motion, you must do so by 5:00 p.m. on Friday, November 5, 2011.  Otherwise, I will schedule a hearing to determine the amount in which default judgment should be entered.

The Clerk of the Court is directed to send a copy of this letter to Mr. McCarthy at the address shown above.

                                           Cordially,

                                           /s/Bill Wilson

Copy to the Clerk of the Court
cc:    All Counsel of Record

---

[1] Doc. No. 8.

[2] A response was due on October 24, 2011.