## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TERRA RENEWAL LLC**                                                      **PLAINTIFF**

**vs.**                                          **4:11CV00653-BRW**

**DANIEL McCARTHY, INDIVIDUALLY**
**AND IN HIS CAPACITY AS PRESIDENT**
**OF LAKESIDE CAPITAL DEVELOPMENT**
**LLC and d/b/a MIDWEST EQUIPMENT**
**LEASING,** *et al.*                                                      **DEFENDANTS**

### ORDER

Pending is Plaintiff's Alternative Motion for Default Judgment (Doc. No. 14).  Plaintiff

filed a motion for default judgment followed by an alternative motion for default judgment.  In

the alternative motion, plaintiff asked to proceed to judgment on a sum certain and forego other

damages.  Plaintiff then filed a Notice of Intent to Withdraw Alternative Motion for Default

Judgment for Sum Certain.[1]  Pursuant to Plaintiff's Notice, Plaintiff's Alternative Motion is

DENIED as MOOT.  The hearing for default judgment set for Tuesday, January 17, 2012

will proceed as scheduled.

IT IS SO ORDERED this 20th day of December, 2011.


                                                        /s/Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE


---

[1]Doc. No. 16.