**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERRA RENEWAL, LLC**                                                                  **PLAINTIFF**

vs.                                                  **4:11CV00653-BRW**

**DANIEL McCARTHY, INDIVIDUALLY**                                         **DEFENDANTS**
**AND IN HIS CAPACITY AS PRESIDENT**
**OF LAKESIDE CAPITAL DEVELOPMENT**
**LLC and d/b/a MIDWEST EQUIPMENT**
**LEASING,** *et al.*

## ORDER

Pending is Plaintiff's Motion for Costs and Attorney's Fees (Doc. No. 34). On March 16, 2012, Plaintiff filed a Motion for Default Judgment. Defendants have never entered an appearance or otherwise defended this case. I considered this matter during a hearing on June 5, 2012; Defendants were not present. A written Order granted Plaintiff's Motion, found that Plaintiff is entitled to an award of costs and attorney's fees, and directed Plaintiffs to submit their motion for costs and fees[1] -- which is the Motion that is currently pending. No response has been filed, and the time for doing so has passed.[2]

Plaintiffs ask for $18,840 in attorney's fees, and costs in the amount of $995.88. I find that the rate charged by each attorney is reasonable. I also find that the billing statements generally are sufficiently detailed, and that the time billed for each task generally is reasonable. Several entries, however, are vague, and appear to be tasks that a paralegal or secretary could

---

[1]Doc. No. 33.

[2]Any response was due by August 3, 2012.

2

perform, such as "work on client's file."[3]  Because of this and similar entries, I find that the total amount of requested attorney's fees should be reduced by $300.  All costs appear to be proper and reasonable.

Plaintiff's Motion (Doc. No. 34) is GRANTED.  Plaintiff is awarded $18,540 in attorney's fees and $995.88 in costs, for a total of $19,535.88.

IT IS SO ORDERED this 3rd day of August, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[3]Doc. No. 34, Ex. 3 at 7.