IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRA RENEWAL, LLC                                                                    PLAINTIFF

vs.                                       4:11CV00653 BRW

DANIEL MCCARTHY, ET AL                                                         DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered July 10, 2012, judgment is hereby entered in against Daniel McCarthy, Individually and in his official capacity as President of Hartland Capital Development d/b/a Midwest Equipment Leasing and Hartland Capital Development, LLC f/k/a Lakeside Capital Development LLC.

Based on the findings of fact and conclusions of law, Plaintiff's Motion for Default Judgment is GRANTED in the amount of $96,250 in compensatory damages, and $3,000 in punitive damages. Plaintiff is awarded prejudgment interest on $16,250 and $80,000 from the time of the loss until judgment at the highest rate allowed by Arkansas law, or 6%. Plaintiff is awarded post-judgment interest, which will accrue at the rate of .20% per annum until the judgment is satisfied. The plaintiff is awarded $18,540 in attorney's fees and $995.88 in costs, for a total of $19,535.88.

Judgment should be, and hereby is, entered in favor of the plaintiff, Terra Renewal, LLC.

IT IS SO ORDERED this 24th day of October 2012 and Nunc Pro Tunc to July 10, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE